**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SURECH KUTWARU *et al.*,

                        Plaintiffs,

            -against-

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                       Defendant.
------------------------------------------------------------------X

**ORDER**

**24-CV-9005 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties expressed an interest in participating in a settlement conference in their amended case management plan.  Dkt. No. 24.  When the parties are ready to schedule a settlement conference, they should write to the Court at least one to two months before their proposed settlement dates.  The settlement conference will be held before another magistrate judge since the parties have consented to the undersigned's jurisdiction.

     SO ORDERED.

DATED:    New York, New York
            April 15, 2026

                               *Jennifer E. Willis*
                            JENNIFER E. WILLIS
                          United States Magistrate Judge