**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
SURECH KUTWARU *et al.*,

Plaintiffs,

**ORDER**

**24-CV-9005 (JW)**

-against-

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

Defendant.
---------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties expressed an interest in participating in a settlement conference before a different magistrate judge. Dkt. No. 26. The parties are directed to email Judge Stein's chambers with at least three proposed dates at GSteinNYSDChambers@nysd.uscourts.gov by **August 28, 2026**.

SO ORDERED.

DATED: New York, New York
August 24, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge